Luis A. VELARDE, Plaintiff–Appellant,

v.

John McDONALD, Defendant–Appellee.

No. 14–6356.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

Luis Armando Velarde, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Armando Velarde appeals the district court's order granting John McDonald's motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2012) civil rights action for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Velarde*

*v.* *McDonald,* No. 5:12–ct–03222–D (E.D.N.C. Feb. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*